**DISMISS and Opinion Filed July 27, 2022**

# S

**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00208-CV**
_____

**MICHELLE PERELL, Appellant**
**V.**
**DIANA PERELL AND MAX PERELL, Appellees**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-02270**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

Appellant appeals from the March 8, 2022 order of the Associate Judge for the 254th Judicial District Court denying her application for a protective order. Unless an associate judge's order is agreed, a default, or final order where the parties waive the right to a de novo hearing before the referring court in writing before the start of the hearing conducted by the associate judge, the date the order is signed by the referring court is the controlling date for purposes of appeal to this Court. *See* TEX. FAM. CODE ANN. §§ 201.016(a), (b), 201.007(a)(16), 201.013(b). Because the appealed order is not agreed, a default, or one where the parties waived their right to a de novo hearing, and nothing in the record reflected the referring court has signed

the order, we questioned our jurisdiction over the appeal. We directed appellant to file, by June 20, a letter brief addressing the Court's concern with an opportunity for appellees to file a response. To date, appellant has not filed a response.

Because the referring court has not signed the order of the associate judge, this appeal is premature and we lack jurisdiction. For this reason, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

220208f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE

# S

## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE PERELL, Appellant

No. 05-22-00208-CV       V.

DIANA PERELL AND
MAX PERELL, Appellees

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-02270.
Opinion delivered by Justice
Molberg. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of July, 2022.